

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA, )
                                      ) 3:08-CR-107-RCJ-VPC
     Plaintiff, )
vs. )
THOMAS LEE DEATHERAGE )
     Defendant. )

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#30) on October 9, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $68,612.24

Name of Payee: FDIC RESTITUTION PAYMENTS (fka Nevada Security Bank)
Amount of Restitution: $67,989.06

**Total Amount of Restitution ordered: $136,601.30**

Dated this 21ST day of ~~May~~ JUNE, 2017.

_____
UNITED STATES DISTRICT JUDGE